UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>   Plaintiff,<br><br>   v.<br><br>FRED AND DORIS LEE FAMILY PARTNERS, LP; MICHAEL MURRIETTA d/b/a MIKE'S GRILL,<br><br>   Defendants. | No. 1:16-cv-01188-DAD-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 7) |

On October 14, 2016, plaintiff filed a notice of voluntary dismissal with prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 7.)  Defendants have not filed a responsive pleading in this action.  In light of this, this action has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the undersigned directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **October 18, 2016**            /s/ Dale A. Drozd
                                                            UNITED STATES DISTRICT JUDGE

1